MICHAEL NOVAK, Appellant, *v.* MAYK MELNYK, Defendant, and OLENA MELNYK, Respondent.

(Argued October 16, 1929; decided November 19, 1929.)

*C. Addison Keeler* for appellant.

*Walter J. Relihan* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.